| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Les James Buchanan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | District of Utah |
| Case number | 19-20297 RKM |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 2

**Last four digits** of any number you use  6093
to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses and charges?**

☑ No

☐ Yes. Date of Last Notice: _____ / _____ / _____

### Part 1:   Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | 4/5/19 | (3) | $425.00 |
| 4. | Filing fees and court costs | 4/5/19 | (4) | $181.00 |
| 5. | Bankruptcy/Proof of Claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property Inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Other. Specify: _____ | | (11) | $0.00 |
| 12. | Other. Specify: _____ | | (12) | $0.00 |
| 13. | Other. Specify: _____ | | (13) | $0.00 |
| 14. | Other. Specify: _____ | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Les James Buchanan | | Case Number (if known) | 19-20297 RKM |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X /s/ Brian J. Porter  
Signature

Date: 06/04/2019

Print: Brian J. Porter  
First Name   Middle Name   Last Name

Title: Attorney at Law

Company: Halliday, Watkins & Mann, P.C.

376 East 400 South, Suite 300  
Number      Street

Salt Lake City, UT 84111  
City            State         Zip

Contact Phone: 801-355-2886

Email: brian@hwmlawfirm.com

## **MAILING CERTIFICATE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 4th day of June, 2019, to each of the following:

Les James Buchanan
8058 South Cricket Lane
West Jordan, UT 84081
Debtors

United States Trustee
Via ECF

David M. Cook
Via ECF
Debtor's Attorney

Lon Jenkins
Via ECF
Chapter 13 Trustee

/s/ Brian J. Porter
Brian J. Porter